**Entered on Docket
January 21, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed: January 21, 2010**

_____
**RANDALL J. NEWSOME
U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In re: Hugo H Banos & Lorena Torres          Case Number: 09-70132 RN

Chapter: 7

Debtor(s).

**ORDER OF DISMISSAL AS TO Hugo H Banos**

Debtor(s) having failed to comply with this Court's order dated, **12/4/2009**, and no objections having been filed,

THIS CASE IS HEREBY **DISMISSED AS TO Hugo H Banos .**

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

All Recipients